UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

F.E. DORKO, JR.,

    Plaintiff,

    v.

SALVADOR A. GODINEZ, TIMOTHY R. QUIGLEY, MARCUS MARVIN, BENJAMIN J. RUSSELL, ALLAN E. MARTIN, ASST. WARDEN HILLIARD, COUNSELOR HILLIARD, HILLE, D. FOLSOM, JEFFREY A. GWALTNEY, HUGHES, L. LEVANTI, GINA ALLEN, MOSLEY and LOGSDON,

    Defendants.

Case No. 12-cv-1130-JPG-PMF

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that Count 1 (against defendants Folsom and Gwaltney for excessive radio noise in retaliation for filing grievances) and Count 2 (against defendants Quigley and Marvin for placement in disciplinary segregation in violation of due process rights) are dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that all claims in this case against defendants Godinez, Russell, Martin, Warden Hilliard, Counselor Hilliard, Hille, Hughes, Levanti, Allen, Mosley and Logsdon dismissed without prejudice.

**DATED: April 29, 2013**    NANCY J. ROSENSTENGEL, Clerk of Court

    **s/Brenda K. Lowe, Deputy Clerk**

**Approved:**    s/J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**